UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RICHARD JASON VAUGHN, | ) | NO. CV 09-5313-VAP(CT) |
| | ) | |
| Petitioner, | ) | JUDGMENT |
| | ) | |
| v. | ) | |
| | ) | |
| DERRAL G. ADAMS, Warden, | ) | |
| | ) | |
| Respondents. | ) | |
| | ) | |

    Pursuant to the concurrently filed Memorandum and Order, IT IS HEREBY ADJUDGED THAT the petition is denied and dismissed.

DATED: July 29, 2009_____

_____
VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE